[No. 45099-9-I.   Division One.   January 8, 2001.]

NIDASH, INC., *Appellant*, v. GARY MOORE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-11011-1, Jim Bates, J., entered July 15, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Baker, JJ.

[No. 18290-8-III.   Division Three.   January 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR ALVAREZ RUIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-01168-5, F. James Gavin, J., entered February 18, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 18379-3-III.   Division Three.   January 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CAREY VIRGINIA FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, 99-1-00015-1, Donald W. Schacht, J., entered March 16, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ. Now published at 104 Wn. App. 772.

[No. 18659-8-III.   Division Three.   January 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS ALAN PENFIELD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-00473-7, Linda G. Tompkins, J., entered July 26, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.